UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 41515
   JASON PATRICK GRIEVES
   JESSICA LEE GRIEVES                    CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-0853    SSN XXX-XX-2017
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 09/28/05 and confirmed on 12/02/05.

   2. The case was dismissed after confirmation, 08/15/2008.

   3. The Debtor paid a total of $ 20637.54 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10930.00 | 5217.57 | 8449.87 |
| HEIGHTS FINANCE | SECURED | 1496.55 | 174.24 | 1258.98 |
| PERSONAL FINANCE | SECURED | 538.70 | 62.88 | 453.13 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 1130.28 | .00 | .00 |
| SUN FINANCE | SECURED | 1292.88 | 184.31 | 1292.88 |
| WORLD ACCEPTANCE CORP | UNSECURED | 1150.67 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 272.95 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 972.86 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 452.94 | .00 | .00 |
| FIRST NATIONAL BANK OTTA | UNSECURED | NOT FILED | .00 | .00 |
| BILL WALSH CHEVROLET | UNSECURED | NOT FILED | .00 | .00 |
| JJ COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 118.62 | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | 1104.00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14258.13 | .00 | 5202.32 | .00 | 19460.45 |
| PRINCIPAL PAID | 11454.86 | .00 | .00 | .00 | 11454.86 |
| INTEREST PAID | 5639.00 | .00 | .00 | .00 | 5639.00 |
| TOTAL PAID | 17093.86 | .00 | .00 | .00 | 17093.86 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    843.68 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08                               /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE

                              PAGE  2
         CASE NO. 05 B 41515 JASON PATRICK GRIEVES & JESSICA LEE GRIEVES